# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. KHURRAM BHATTI

| | |
|---|---|
| 1 X | Defendant—Adult |
| 2 ☐ | Defendant - Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

**DOCKET NUMBERS**
Magistrate: 03-M-00476-RBC
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) x Felony ☐ Misdemeanor
18 USC 1956
Money Laundering

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: W-ts Corp, Needham  Love/month
I,B.N, Sm
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____ SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 3,800.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE _____ DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS:
X SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | Apt | | $ | $ 550/mth |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) NOV 25 2003

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)