UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            1:03-MJ-0476-RBC

KHARRAM BHATTI,

    Defendant.

ORDER

The sum of $5,000.00 was deposited into the Registry of this Court on December 1, 2003, by Aris Diwan, the Surety herein, to secure his appearance before the Court to answer to charges pending against him in the U.S. District Court in the Eastern District of New York. It is, therefore, now

ORDERED, that the Clerk of the Court is hereby directed to issue a treasury check payable to Clerk, U.S. District Court for the Eastern District of New York in the amount of $5,000.00 representing the transfer of said bail deposit.

DEC - 3 2003
Dated: December    , 2003

                                            Hon. Robert B. Collings
                                            United States Magistrate Judge

SCANNED
DATE: 12-4-03
BY: Kim