# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                    MAGISTRATE JUDGES' DOCKET
                                NO. 2003M0476RBC
                                  (D. Mass.)

                                CASE NO. 03-1749M
                                  (E.D.N.Y.)

KHURRAM LNU
     (KHURRAM BHATTI).

# *ORDER OF REMOVAL*

COLLINGS, U.S.M.J.

     After a hearing at which the defendant was represented by counsel, the defendant waived his right to an identity hearing and elected to have the preliminary examination in the Eastern District of New York.

     Accordingly, it is ORDERED that the defendant, KURRAM BHATTI, be, and he hereby is, REMOVED to the United States District Court for the Eastern District of New York.  KHURRAM  BATTHI is ORDERED to appear before

the Duty Magistrate Judge in the Ceremonial Courtroom, United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York **at 2:00 P.M. on TUESDAY, DECEMBER 2, 2003.**

Bail is returnable in the United States District Court for the Eastern District of New York.

A copy of the within Order shall be hand delivered to the defendant by Pre-Trial Services on Monday, December 1, 2003.  Copies shall be mailed by regular mail to AUSA Bator and Attorney Weinstein.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

November 26, 2003

2