# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                       Case No.  03MJ-00476-RBC

KHURRAM BHATTI

### SURETY'S MOTION TO EXONERATE SURETY AND RELEASE FUNDS

1     The undersigned *pro se* third party surety, ARIF DIWAN, hereby respectfully moves that his property located at,1295 Phenix Ave, Cranston, Rhode Island, be exonerated from any claim lodged by the United States Government connected with the above-captioned prosecution.

2     The property, and cash, was posted to secure the pretrial release and good behavior of the defendant, Khurram Bhatti, during the pendency of this matter.

3     On January 7, 2005, judgment was entered against the defendant in the United States District Court for the Eastern District of New York wherein the defendant pleaded guilty and was sentenced to time served with supervised release, which authorized the probation department to allow the defendant to leave the United States voluntarily, with the permission of the United States Attorney.

4     Additionally, the defendant was assessed $100 with no fine.

Case No.   03MJ-00476-RBC

WHEREFORE, the *pro se*, third party surety respectfully moves for an order to issue discharging and authorizing the immediate release of all claims against the above named parcel of real property and releasing any and all cash deposited as additional condition of Mr. Bhatti's release.

ARIF DIWAN
Pro Se (Surety)

DATE: May 12, 2005

*/s/ Arif Diwan*
ARIF DIWAN
1295 Phenix Ave
Cranston, RI 02921

TEL: 401-943-5911

## CERTIFICATION OF SERVICE

I, ARIF DIWAN, do hereby certify that I mailed / hand delivered a true copy of this Motion To Exonerate Surety and Release Funds to the Office of the United States Attorney, 1 Courthouse Way, John Joseph Moakely Courthouse, Boston, MA 02210 on the 12th day of May, 2005.

*/s/ Arif Diwan*