# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              MAGISTRATE JUDGE'S NO.
                                       2003-M-00476-RBC (D. Mass.)

                                       CR 03-1364 (JBW) (E.D.N.Y.)

KHURRAM BHATTI,
        Defendant.

## ORDER ON SURETY'S MOTION TO EXONERATE SURETY AND RELEASE FUNDS

COLLINGS, U.S.M.J.

    It is ORDERED that the Surety's Motion to Exonerate Surety and Release Funds (filed May 11, 2005) be, and the same hereby is, **DENIED without prejudice** to filing an identical motion in case CR 03-1364 (JBW) in the United States District Court for the Eastern District of New York. As per an Order (#5) entered December 3, 2005 (copy attached), the $5,000 was sent to the Clerk of the United States District Court for the Eastern District of New York at or about the time the defendant was removed there. It is that Court which has the power

to grant the motion, not the United States District Court for the District of Massachusetts.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: May 19, 2005.